AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| United States of America<br>v.<br>Orlando Carmona-Serrano<br>*Defendant* | ) ) ) ) ) Case No. 3:25-cr-051 (SCC) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 2/5/2025

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Laura Maldonado-Rodriguez
*Printed name of defendant's attorney*

_____
*Judge's signature*

Hon. Silvia Carreño-Coll
*Judge's printed name and title*

[Stamp: RECEIVED & FILED CLERK'S OFFICE FEB - 5 2025 US DISTRICT COURT SAN JUAN, PR]